# Driving Innovation

# v.

# KIA

# E.D. Tex. Case No. 2:26-cv-00427

## Asserted U.S. Patent No. 7,454,545
## "Individual-adaptive system and information distribution device based on a cellular telephone"

## Exhibit E
## Claim 1

May 26, 2026

**'545 Patent**

Claim: 1 – Preamble[1]

An individual-adaptive system comprising:

- By way of example, and without limitation, Defendants' manufactured vehicles include a User Profile System.

- On information and belief, Kia provides a feature that allows multiple users to store user-specific preferences in the vehicle head unit and share vehicle access with additional drivers. The system works in conjunction with a user's mobile phone.



## What is Digital Key 2 Touch?

Kia Digital Key 2 Touch utilizes NFC technology, offering compatibility with a broad range of devices. Digital Key 2 Touch allows you to use your compatible smartphone like an NFC Card Key, just like the ones you may sometimes use at a resort on vacation. By allowing your smartphone to also serve as a card key pass, you have the convenience of being able to use it to lock, unlock, and start your vehicle.

Additionally, Kia Digital Key 2 Touch allows you to simply and conveniently share your digital key with friends and family remotely.

**Benefits:**
- NFC technology allows you to unlock/lock your vehicle with your compatible phone just like a hotel card key
- Start your vehicle by placing your phone in the charging pad
- Share digital keys with family and friends remotely with specific access levels
- Available for Apple Wallet and Samsung Wallet

Download Digital Key 2 Touch - User Guide (PDF)

*Source: https://owners.kia.com/content/owners/en/digital-key.html*

## Registering user profile settings

Create a user profile for a personalized service.

✐ You can set up to two user profiles.

✐ When you log in as guest, you cannot configure the profile settings. To set a different profile, log in with another user.

*Source: http://webmanual.kia.com/ccNC/AVNT/KOR/English/Userprofile.html*

**Connected Profiles.** Certain Vehicles with embedded modems have a Connected Profiles feature, which allows multiple users to program preferences into the Vehicle head unit, such as radio presets and other preferences, and which allows the Vehicle owner to share the Vehicle with additional drivers designated in the owner's KOP Account. To use this driver share feature, the

*Source: https://owners.kia.com/content/owners/en/terms-of-service.html*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.

2

| | |
|---|---|
| **'545 Patent** | |
| **Claim: 1 – Element (A)** | |

an individual identification section connectable to a cellular telephone for input of respective individual identification information unique to the cellular telephone, from the cellular telephone, and

- By way of example, and without limitation, Defendants' User Profile System has an individual identification section that is connectible to a cellular telephone via Bluetooth.

- On information and belief, Kia's system is connectable to a smartphone through Kia Connect Services and/or Digital Key, and uses that smartphone-linked credential/key to associate the user/phone with a particular driver profile and related preferences.





*Source: http://webmanual.kia.com/ccNC/AVNT/KOR/English/Settings_userprofile.html*

Claim 1, Element (A) - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

## Claim: 1 – Element (B)

determining setting status of a device in accordance with the individual identification information input; and

- By way of example, and without limitation, Defendants' User Profile System allows a user to specify settings for a car which are determined by the User Profile after the user is identified.

- On information and belief, Kia associates a particular user/phone/account with a specific driver profile and that profile contains the user's programmed preferences for the vehicle head unit and related features. The linking of the phone or account to a specific profile determines which set of preferences/settings correspond to that identified user.

**Connected Profiles.** Certain Vehicles with embedded modems have a Connected Profiles feature, which allows multiple users to program preferences into the Vehicle head unit, such as radio presets and other preferences, and which allows the Vehicle owner to share the Vehicle with additional drivers designated in the owner's KOP Account. To use this driver share feature, the

*Source: https://owners.kia.com/content/owners/en/terms-of-service.html*

**What are Kia Digital Key 2 Touch's benefits and use?**
Kia Digital Key 2 Touch technology lets you store a digital key in Apple Wallet on iPhone or Samsung Wallet on your Samsung smartphone.

The digital key can lock/unlock and start your Kia.

**How can Kia Digital Key 2 Touch link to my driver profile?**
Kia Digital Key 2 Touch allows you, as the owner, to link to the Driver 1 Profile in your vehicle. You can have your customized settings ready for you when you unlock the doors and get in.

*Source:*
*https://owners.kia.com/content/dam/kia/us/owners/pdf/common/Kia_Digital_Key_2_Touch_User_Guide.pdf*

Claim 1, Element (B) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

**Claim: 1 – Element (C)**

an operation control section which controls the setting status of the device based on the setting stats determined by the individual identification section.

- By way of example, and without limitation, Defendants' User Profile System includes an operation control section that loads the user's preferences and can change the setting for the device settings in the user profile.

- When the phone-linked digital key and/or phone-linked driver profile is used, Kia's systems provide user-specific settings readiness and the user's programmed preferences in the head unit.

**How can Kia Digital Key 2 Touch link to my driver profile?**
Kia Digital Key 2 Touch allows you, as the owner, to link to the Driver 1 Profile in your vehicle. You can have your customized settings ready for you when you unlock the doors and get in.

*Source:*
*https://owners.kia.com/content/dam/kia/us/owners/pdf/ common/Kia_Digital_Key_2_Touch_User_Guide.pdf*

**Connected Profiles.** Certain Vehicles with embedded modems have a Connected Profiles feature, which allows multiple users to program preferences into the Vehicle head unit, such as radio presets and other preferences, and which allows the Vehicle owner to share the Vehicle with additional drivers designated in the owner's KOP Account. To use this driver share feature, the

*Source: https://owners.kia.com/content/owners/en/terms-of-service.html*

Claim 1, Element (C) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.