# Driving Innovation LLC

# v.

# KIA

# E.D. Tex. Case No. 2:26-cv-00427

## Asserted U.S. Patent No. 7,822,613
## "Vehicle-Mounted Control Apparatus and Program that Causes Computer to Execute Method of Providing Guidance on the Operation of the Vehicle-Mounted Control Apparatus"

## Exhibit F
## Claim 7

May 26, 2026

| | |
|---|---|
| **'613 Patent** | |
| **Claim: 7 – Preamble[1]** | |

A method of providing guidance on an operation of a vehicle-mounted control apparatus having a command execution mode in which said vehicle-mounted control apparatus executes a voice command recognized by a voice recognition means, and a training mode in which said vehicle-mounted control apparatus provides guidance on an operation of said vehicle-mounted control apparatus to a user so as to makes the user get training for operating said vehicle-mounted control apparatus, comprising:

- By way of example, and without limitation, Defendants' manufactured vehicles include a voice recognition system that includes a training mode.

With the voice recognition function, you can access various functions of the infotainment system without manipulating the screen or buttons. This function prevents driver distraction and dangerous situations.



*Source: 2025 Telluride AVN5W_QRG_R1.pdf*



*Source: Kia UVO Audio System User Guide*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.

**Claim: 7 – Element (A)**

providing guidance on an operation of said vehicle-mounted control apparatus, which is stored in a storage device, to a user in said training mode;

- By way of example, and without limitation, Defendants' manufactured vehicles include a training mode for voice recognition.

- Kia's systems provides a Voice Recognition Training/Tutorial mode that displays step-by-step prompts and example commands to guide the user in how to speak and use voice controls, thereby training the user in operating the vehicle-mounted voice command apparatus.

# PART IV. VOICE COMMANDS

## 1. Conditions for voice command system

The Kia UVO voice control system includes a special handsfree microphone mounted about the driver-side seat of your car which blocks out (filters out) ambient noise and allows you to operate system features through voice commands while maintaining proper posture.
There are still a few points you should observe to make sure that you are properly understood.



*Source: Kia UVO Audio System User Guide*

3

**Claim: 7 – Element (B)**

recording a voice for training which the user produces according to the guidance on the operation of said vehicle-mounted control apparatus, which is provided in the guidance providing step;

- By way of example, and without limitation, Defendants' manufactured vehicles record a user's voice for training the system.

- During the Voice Recognition Training mode, Kia's system prompts the user to speak sample commands, records the user's spoken responses as training voice inputs, and uses those inputs to improve and adapt the system's voice recognition performance for that user.

### Creating a Voice Profile

The Voice Command feature in the Kia UVO audio system allows you to create speaker profiles in order to maximize recognition accuracy.

You will be asked to red a number of sentences to the system so that it can adapt to your voice. Creating a profile takes approximately N minutes and must be done while the vehicle is parked. You can quit/resume a reading session, but the system cannot be interrupted while it is creating the profile.



*Source: Kia UVO Audio System User Guide*

4

Claim: 7 – Element (C)

recognizing the user's voice based on the voice for training recorded in said recording step by means of a voice recognition means, and outputting results of analysis of the recognized voice to the user;

By way of example, and without limitation, Defendants' manufactured vehicles will display a prompt for a user to repeat a phrase if the system cannot hear it or understand it.

As shown, if the Kia's Audio system analyzes the user's spoken input and, when a command is not recognized, displays or speaks corrective feedback, offers examples via help prompts, and shows confirmation screens based on recognition results, thereby providing advice information associated with the results of analysis of the user's voice input during voice interaction.

## What is voice recognition?

Voice recognition technology runs the system as ordered by recognizing your voice command to ensure the safe operation of media while you are driving the car. Regretfully, not all possible voice commands are recognized by the system due to technological limitations. To make up for these limitations, the system displays the voice commands that are available for you to use.

There are errors in communication between people. Likewise, voice recognition sometimes misunderstands your voice command in some circumstances. If this happens, either check the screen for the available options and say the command again, or manually select and press the button for the corresponding command on the screen.

*Source: http://webmanual.kia.com/STD_GEN5_WIDE/AVNT/EU/English/voicerecognitionsystem.html*

5

Claim: 7 – Element (D)

learning features of the user's voice based on the voice for training recorded in said recording step; and

- By way of example, and without limitation, Defendants' manufactured vehicles include learning features of a user's voice.

- Kia's system, during its Voice Recognition Training/Tutorial mode, learns features of the user's voice. In the Kia UVO Audio System User Guide (p. 105) shown at right, the narrative states "**You will be asked to red a number of sentences to the system so that it can adapt to your voice.**"

- In order to adapt to a voice, the system must first learn its features.



### Creating a Voice Profile

The Voice Command feature in the Kia UVO audio system allows you to create speaker profiles in order to maximize recognition accuracy.

You will be asked to red a number of sentences to the system so that it can adapt to your voice. Creating a profile takes approximately N minutes and must be done while the vehicle is parked. You can quit/resume a reading session, but the system cannot be interrupted while it is creating the profile.

*Source: Kia UVO Audio System User Guide*

6

Claim: 7 – Element (E)

<span style="color:red">when there are two or more types of voice commands which comply with different syntaxes, respectively,</span> said guidance providing step provides guidance on an operation of said vehicle-mounted control apparatus using a voice command according to one of said syntaxes to the user and receives input of a voice for training in said training mode two or more times while changing the voice command to achieve a target voice command for training;

- By way of example, and without limitation, Defendants' manufactured vehicles use two or more types of voice commands with different syntaxes.

- During its Voice Recognition Training mode, Kia's system prompts the user to speak multiple predefined training phrases—including several different phrases shown at right.

## 2. SIRIUS

| | Command | Operation |
|---|---|---|
| ● | Sirius | Plays the most recent SIRIUS channel. |
| ● | Sirius preset {1 – 18} | Plays the selected Sirius preset. |
| ● | Sirius channel {0 – 223} | Plays the selected Sirius channel. |
| ● | Sirius channel {channel name} | Plays the selected Sirius channel. |
| ● | Sirius category {category name} | Plays the selected Sirius category. |
| ○ | What's playing? | Reads back SIRIUS channel information. |

*Source: Kia UVO Audio System User Guide*

7

Claim: 7 – Element (E)

when there are two or more types of voice commands which comply with different syntaxes, respectively, said guidance providing step provides guidance on an operation of said vehicle-mounted control apparatus using a voice command according to one of said syntaxes to the user and receives input of a voice for training in said training mode two or more times while changing the voice command to achieve a target voice command for training;

- Kia's Voice Recognition Training mode provides guidance by sequentially prompting the user with multiple predefined commands (a set of "10 phrases") while in the training mode, each using different command syntaxes for different functions, and receives the user's spoken response to each prompt, thereby changing the voice command and collecting multiple training inputs.



Source: Kia UVO Audio System User Guide

Source: Kia UVO Audio System User Guide

Claim 7, Element (E) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

8

## Claim: 7 – Element (F)

displaying advice information associated with results of analysis of the user's voice for training according to said operating guidance; and

By way of example, and without limitation, Defendants' manufactured vehicles will prompt a user to repeat a phrase if the system cannot hear it or understand it.

As shown, if the Kia system voice command system analyzes the user's spoken input and, when a command is not recognized, displays or speaks corrective feedback asking the user to "say the command again," thereby providing advice information associated with the results of analysis of the user's voice input during voice interaction.

Thus, the system displays advice information indicating that the voice during training was either not heard, or was misunderstood.

### What is voice recognition?

Voice recognition technology runs the system as ordered by recognizing your voice command to ensure the safe operation of media while you are driving the car. Regretfully, not all possible voice commands are recognized by the system due to technological limitations. To make up for these limitations, the system displays the voice commands that are available for you to use.

There are errors in communication between people. Likewise, voice recognition sometimes misunderstands your voice command in some circumstances. If this happens, either check the screen for the available options and say the command again, or manually select and press the button for the corresponding command on the screen.

Source: http://webmanual.kia.com/STD_GEN5_WIDE/AVNT/EU/English/voicerecognitionsystem.html

Claim 7, Element (F) - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

'613 Patent

Claim: 7 – Element (G)

comparing a preset time length with a length of said voice for training, and outputting, as said advice information, a display for urging the user to make a correction to a time required for the user to produce the voice based on a comparison result obtained by said voice recognition means when the length of said voice for training is longer than said preset time length.

- By way of example, and without limitation, Defendants' manufactured vehicles necessarily have a preset time length during which the system expects a user to respond to a prompt during voice training.

- Discovery will confirm the specific timing thresholds and duration analysis used internally by the Kia voice recognition system.

To conclude a voice command session, simply press the voice command button again or wait for the system to time out. Most voice recognition systems will automatically deactivate after a period of inactivity.

Source: *https://www.difeokia.com/how-to-use-voice-command-in-kia-vehicles.html*

Claim 7, Element (G) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

10

**Claim: 7 – Element (G)**

comparing a preset time length with a length of said voice for training, and outputting, as said advice information, a display for urging the user to make a correction to a time required for the user to produce the voice based on a comparison result obtained by said voice recognition means when the length of said voice for training is longer than said preset time length.

- By way of example, and without limitation, Defendants' manufactured vehicles will provide advice information to a user in the event a user exceeds a time required to produce a voice.

- The system analyzes each spoken training input and, when the utterance exceeds acceptable recognition parameters (including speech timing/length), rejects the input and displays or speaks corrective prompts, thereby urging the user to modify how the command is spoken based on the system's analysis of the voice input (e.g. the time is longer than the preset time length).

## What is voice recognition?

Voice recognition technology runs the system as ordered by recognizing your voice command to ensure the safe operation of media while you are driving the car. Regretfully, not all possible voice commands are recognized by the system due to technological limitations. To make up for these limitations, the system displays the voice commands that are available for you to use.

There are errors in communication between people. Likewise, voice recognition sometimes misunderstands your voice command in some circumstances. If this happens, either check the screen for the available options and say the command again, or manually select and press the button for the corresponding command on the screen.

*Source: http://webmanual.kia.com/STD_GEN5_WIDE/AVNT/EU/English/voicerecognitionsystem.html*

To conclude a voice command session, simply press the voice command button again or wait for the system to time out. Most voice recognition systems will automatically deactivate after a period of inactivity.

*Source: https://www.difeokia.com/how-to-use-voice-command-in-kia-vehicles.html*

Claim 7, Element (G) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

11