# Driving Innovation LLC

# v.

# KIA

# E.D. Tex. Case No. 2:26-cv-00427

---

# Asserted U.S. Patent No. 7,890,255
## "Navigation Apparatus"

---

# Exhibit G
# Claim 3

May 26, 2026

**'255 Patent**

**Claim: 3 – Preamble[1]**

A method of updating maps stored in a navigation apparatus comprising:

- By way of example, and without limitation, Defendants' manufactured vehicles include a Navigation System.

- KIA vehicles include integrated navigation head units that provide route guidance and support map updates through connected services portals.



**Over-the-Air Updates ›**

Get automatic vehicle software upgrades to enhance infotainment and navigation, and keep your Kia up-to-date.

Source: *https://owners.kia.com/content/owners/en/about-uvo-link.html*

Receive automatic notifications on your mobile device via the Kia Access app when new software is downloaded to your Kia. Conveniently update your Kia remotely with the downloaded software.

Source: *https://owners.kia.com/content/owners/en/ota-software-update.html*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.

Claim: 3 – Element (A)

storing map information containing road information;

- By way of example, and without limitation, the KIA Navigation systems can store map information.

- KIA navigation systems download and store map data either wirelessly or via onto internal storage. The vehicle necessarily has a storage unit to save the downloaded information.

Updating your Navigation Map ensures that the latest roads and points of interest are provided by your system
Get the most out of your Audio system with the latest Navigation Map update and drive with confidence

*Source: https://update.kia.com/US/EN/updateNoticeView/fBxWk4*



## Over-the-Air Updates ›

Get automatic vehicle software upgrades to enhance infotainment and navigation, and keep your Kia up-to-date.

*Source: https://owners.kia.com/content/owners/en/about-uvo-link.html*

Checklist Before Updating

- Please confirm your Navigation system information again
- Navigation update is performed via portable storage devices(USB device or SD card)

*Source: https://update.kia.com/US/EN/navigationUpdate*

3

**Claim: 3 – Element (B)**

storing map update information comprised of replacement information including color information and difference information which is a difference of the map information before and after revision created for each of continuous revisions for updating the map information

Each storage update represents changes relative to the prior version. Even if KIA distributes a full download rather than a delta patch, it still embodies information representing the difference between before/after revisions.

KIA makes continuous revisions to their software for stroring in their vehicles. Shown is an exemplary list of notices of software updates. Users can also search by software version #.

Updating your Navigation Map ensures that the latest roads and points of interest are provided by your system

Get the most out of your Audio system with the latest Navigation Map update and drive with confidence

| Type | Title | Date | Views |
|---|---|---|---|
| Navigation | (Paused) April 2025 Navigation Map and Software Update | 21-Apr-2025 | 275,206 |

*Source: https://update.kia.com/US/EN/updateNoticeList*



*Source: https://update.kia.com/US/EN/updateGuide/03*

4

**Claim: 3 – Element (B)**

storing map update information comprised of replacement information including color information and difference information which is a difference of the map information before and after revision created for each of continuous revisions for updating the map information

By way of example, and without limitation, the downloaded map data "may change the appearance of the user interface or the way you use it." Therefore, the update can include changes to graphical elements, including colors.

Also by way of example, and without limitation, the color information can also include traffic status color information, which is dynamically updated as the vehicle travels.

■ This update provides Map data as well as software that may add new features or remove others, <u>which may change the appearance of the user interface or the way you use it.</u> After installation, it is not possible to revert to the previous software version

*Source: https://update.kia.com/US/EN/updateNoticeView/fBxWk4*

## Show Traffic Colors

Used to display the route guide line colors depending on the traffic conditions.

*Source: 2025 Telluride AVN5W_QRG_R1.pdf*




*Source: http://webmanual.kia.com/STD_GEN5W/AVNT/MID/English/006_Navigation_basic.html#dd2e5227*

**Claim: 3 – Element (C)**

storing updated map information updated by applying the map update information;

- By way of example, and without limitation, Defendants' manufactured vehicles include an updated map information storage unit.

- By way of example, and without limitation, KIA's Navigation downloads and applies updated map data and then stores and uses the updated map database locally for navigation, thereby storing updated map information resulting from the applied updates.

- Once the update files are installed into the system (either via OTA or USB/SD), the navigation system applies the latest map data for routing as shown.

### Quick OTA Maps and System Updates



*Source: https://www.kia.com/content/dam/kia2/in/en/images/uvo/Kia-connect-brochure-mobile.pdf*



*Source: 2025 Telluride AVN5W_QRG_R1.pdf*

6

Claim: 3 – Element (D)

selecting by a computer one or more pieces of map update information according to the version number of the map information or the updated map information in order to update the stored map information or the updated map information; and

- By way of example, and without limitation, KIA's Navigation system necessarily has a map update information selection unit that can select a map update according to the updated map information.

- As shown, map updates are **automatically** downloaded to a KIA vehicle. For this to occur, Kia's updater needs to check the currently installed version and then use that version information to determine and select which update file to download/install.

- The selected information is downloaded to the storage unit.

### How do I know what and when Over-the-Air Software Updates are available?

Over-the-Air Software Updates are automatically downloaded to your vehicle. Once the update has been downloaded, you will receive a push notification via the Kia Access app letting you know the download is complete and that the update is ready to install. You will also see a message in your infotainment screen prompting you to install the update when you turn off the vehicle.

To check historical Over-the-Air Software Updates, you may visit the Kia Owner's Over-the-Air Software Update Release Notes page.

*Source: https://owners.kia.com/content/owners/en/ota-software-update.html*

Claim 3, Element (D) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

| '255 Patent |
| --- |
| Claim: 3– Element (E) |

updating by a computer the map information by applying the selected difference information in chronological order of the revisions to the map information or the updated map information, and by replacing a part corresponding to the replacement information with the selected replacement information.

- By way of example, and without limitation, Defendants' manufactured vehicles include an updating unit that updates its map information by applying newly selected information.

- When updates are available, the unit receives incremental packages representing the differences between the installed version and newer revisions.

- The system updates those packages sequentially, in real time, as they become available.

**How do I know what and when Over-the-Air Software Updates are available?** ⌃

Over-the-Air Software Updates are automatically downloaded to your vehicle. Once the update has been downloaded, you will receive a push notification via the Kia Access app letting you know the download is complete and that the update is ready to install. You will also see a message in your infotainment screen prompting you to install the update when you turn off the vehicle.

To check historical Over-the-Air Software Updates, you may visit the Kia Owner's Over-the-Air Software Update Release Notes page.

*Source: https://owners.kia.com/content/owners/en/ota-software-update.html*

| Type | Title | Date | Views |
| --- | --- | --- | --- |
| Navigation | **(Paused) April 2025 Navigation Map and Software Update** | 21-Apr-2025 | 275,206 |
| Navigation | Changing the Connected Routing Navigation Logic (Alternate option) | 23-Feb-2022 | 34,571 |
| Common | Terms and Conditions Change Notice | 01-Apr-2021 | 26,600 |

*Source: https://update.kia.com/US/EN/updateNoticeList*

Claim 3, Element (E) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Claim: 3 – Element (E)

updating by a computer the map information by applying the selected difference information in chronological order of the revisions to the map information or the updated map information, **and by replacing a part corresponding to the replacement information with the selected replacement information**.

- By way of example, and without limitation, Defendants' manufactured vehicles replace their map information via an update, either via over-the-air or by a portable memory device.

- The installer replaces the portions of the stored database that correspond to changed map content—such as revised road segments, traffic data, or display attributes.



*Source: https://owners.kia.com/content/owners/en/about-uvo-link.html*



*Source: https://update.kia.com/US/EN/updateGuide/03*

Claim 3, Element (E) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.