# Driving Innovation

# v.

# KIA

# E.D. Tex. Case No. 2:26-cv-00427

## Asserted U.S. Patent No. 8,467,962
## "Navigation system and lane information display method"

## Exhibit H
## Claim 6

May 26, 2026

**'962 Patent**

Claim: 6 – Preamble[1]

A lane information display method of displaying arrows on a lane guidance map by a display device of a navigation system, the arrows representing direction of lanes in outgoing roads which extend from an intersection, the method comprising steps of:

- Defendants' manufactured vehicles include a built-in navigation system.

- The navigation system can display arrows on a lane guidance map of outgoing roads extending from an intersection as shown.



## Navigation Menu overview

You can use the navigation system conveniently through various functions on the Navigation Menu screen.

Perform any of the following methods:

- On the All Menus screen, press **Navigation Menu**.
- On the control panel, press the [**NAV**] button.

*Source: http://webmanual.kia.com/STD_GEN5W/AVNT/KOR/English/006_Navigation_basic.html#dd2e6574*

*Source: http://webmanual.kia.com/STD_GEN5/AVNT/KOR/English/navigationrouteguidance.html*

2

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.

**Claim: 6 – Element (A)**

acquiring map data;

- Defendants' manufactured vehicles include a built-in navigation system that employs a method of navigation that acquires map data.

- By way of example, and without limitation, the images shown at right indicate the acquiring of real-time ma data, represented by different colors indicating traffic conditions.

## Show Traffic Colors

Used to display the route guide line colors depending on the traffic conditions.

*Source: 2025 Telluride AVN5W_QRG_R1.pdf*



*Source: http://webmanual.kia.com/STD_GEN5W/AVNT/MID/English/006_Navigation_basic.html#dd2e5227*

3

**Claim: 6 – Element (B)**

selecting one of determination processes to determine direction of arrows to be displayed on the lane guidance map,

- By way of example, and without limitation, when a driver approaches a junction, the built-in navigation system selects a determination process to determine the direction arrows on the lane guidance map.

- For example, in 8.2 km, the system advises a right turn as shown as shown in green, as dictated by the geography of the next turn.

**I Viewing detailed guidance**

A detailed guidance pane will automatically appear when you need to take a turn or change lane and displays detailed information.

*Source:* *http://webmanual.kia.com/STD_GEN5/AVNT/USA/English/006_Navigation_2.html#id_h2_48*



*Source: http://webmanual.kia.com/STD_GEN5/AVNT/KOR/English/navigationrouteguidance.html*

4

Claim 6, Element (B) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

**'962 Patent**

**Claim: 6 – Element (C)**

wherein the selection is made in accordance with a road type of an incoming road coming into an intersection defined by the map data acquired by the map data acquiring unit and a number of outgoing roads extending from the intersection,

- By way of example, and without limitation, Defendants' built-in navigation system makes a selection based on road type.

- As shown at top, the system can differentiate road types, such as an offramp of a highway intersecting with a surface road.

- The system's lane also direction unit can also determine whether the driver is approaching a toll road, as shown on the bottom.



Source:  http://webmanual.kia.com/STD_GEN5/AVNT/USA/English/006_Navigation_2.html#id_h2_48



Source: http://webmanual.kia.com/STD_GEN5/AVNT/KOR/English/navigationrouteguidance.html

5

Claim 6, Element (C) - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Claim: 6 – Element (C)

wherein the selection is made in accordance with a road type of an incoming road coming into an intersection defined by the map data acquired by the map data acquiring unit and a number of outgoing roads extending from the intersection,

- By way of example, and without limitation, Defendants' built-in navigation system makes a selection based on the number of outgoing roads from an intersection.



## Navigation guidance on regular roads

Guides on turns are provided according to the intersection type (3-way, 4-way or roundabout) as shown in the following figure.

(Eleven o'clock on the left)
왼쪽 11시 방향입니다.

(One o'clock on the right)
오른쪽 1시 방향입니다.

(Left turn)
좌회전입니다.

(Right turn)
우회전입니다.

왼쪽 8시 방향입니다.
(Eight o'clock on the left)

오른쪽 4시 방향입니다.
(Four o'clock on the right)

(U turn)
유턴입니다.

Source: http://webmanual.kia.com/STD_GEN5/AVNT/KOR/English/navigationrouteguidance.html

Claim 6, Element (C) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

## Claim: 6 – Element (D)

wherein the direction of the arrows represent direction of lanes in the outgoing roads, and

- By way of example, and without limitation, Defendants' built-in navigation system shows arrows represent the direction of the lanes in the outgoing roads.

- For example, the image on the right shows an arrow with the direction to the left.



*Source: http://webmanual.kia.com/STD_GEN5/AVNT/KOR/English/navigationrouteguidance.html*

7

Claim 6, Element (D) - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

**Claim: 6 – Element (E)**

wherein the determination processes include a determination process using connection angles between the incoming road and the outgoing roads and another determination process using both road types and the number of the outgoing roads;

- By way of example, and without limitation, the images illustrate that Defendants' navigation system uses a determination process that considers the angles between incoming and outgoing roads from an intersection.

## Location tracking failure due to surrounding terrains

- Driving near a parallel road.
- Driving on a grid road.
- Driving on a steep uphill road with frequent curves.
- Driving on a narrow-angled Y-shaped road.
- Turning around a roundabout.
- Driving on a circle or P-shaed road with a short radius of rotation.

*Source: http://webmanual.kia.com/STD_GEN5/AVNT/KOR/English/mapmatchinginnavigation.html*



*Source: 2025 Telluride AVN5W_QRG_R1.pdf*



*Source:  http://webmanual.kia.com/STD_GEN5/AVNT/USA/English/006_Navigation_2.html#id_h2_48*

8

'962 Patent

Claim: 6 – Element (E)

wherein the determination processes include a determination process using connection angles between the incoming road and the outgoing roads and another determination process using both road types and the number of the outgoing roads;

- By way of example, and without limitation, the top image illustrates that Defendants' navigation system uses a determination process that considers multiple road types meeting at an intersection (e.g. highway and regular road).

- By way of example, the bottom image illustrates a determination process for which the number of outgoing roads were considered (one incoming and six outgoing roads).

## Navigation guidance on highway

Voice guide is provided at the entry and exit of a highway as well as at an interchange with another highway.



(Drive to the highway entrance on the right about 300 meter ahead.)

(After a while, take the right-hand highway exit )



Source: http://webmanual.kia.com/STD_GEN5/AVNT/KOR/English/navigationrouteguidance.html

9

**Claim: 6 – Element (F)**

determine the direction of the arrow to be displayed in the lane guidance map in accordance with the selected determination process; and

- These examples show the directions of the arrows corresponding to the determined direction.

Claim 6, Element (F) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.



*Source:  http://webmanual.kia.com/STD_GEN5W/AVNT/USA/English/006_Navigation_basic.html#dd2e6999*



*Source: http://webmanual.kia.com/STD_GEN5/AVNT/KOR/English/navigationrouteguidance.html*



*Source: http://webmanual.kia.com/STD_GEN5W/AVNT/KOR/English/006_Navigation_basic.html#dd2e6834*

10

**'962 Patent**

Claim: 6 – Element (G)

displaying the arrows representing the direction of the lanes of the outgoing roads on the lane guidance map in accordance with a result of the determination.

- By way of example, and without limitation, Defendants' vehicles include a display unit.

- When a Defendants' manufactured vehicle approaches a junction or intersection, the display unit displays the result of the lane direction determining unit via the determined arrows.



*Source:* *http://webmanual.kia.com/STD_GEN5/AVNT/USA/English/006_Navigation_2.html#id_h2_48*

11

Claim 6, Element (G) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.